# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CECILLE CLEMENT,

    Plaintiff,

v.

PETER LIK GALLERIES U.S.A.,

    Defendant.

Case No. 2:17-cv-01630-APG-PAL

**ORDER COMPELLING ARBITRATION AND DISMISSING CASE**

(ECF Nos. 13, 14)

    The defendant filed a motion to compel arbitration of the plaintiff's claims and to dismiss this lawsuit. ECF Nos. 13, 14. The plaintiff has not opposed that motion. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). Moreover, the defendant's motion is substantively meritorious.

    IT IS THEREFORE ORDERED that defendant's motion to compel arbitration and dismiss **(ECF Nos. 13, 14) is GRANTED.** Ms. Clement shall submit her claims to arbitration as set forth in the agreement she signed. The clerk of court shall enter judgment accordingly and close this case.

    DATED this 6th day of October, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE